# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WENDY NAIMI,** | : | Civil No. 4:24-CV-01391 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **LELAND DUDEK,** | : | |
| **Acting Commissioner of Social Security,**[1] | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW this 29th day of April 2025, in accordance with the accompanying Memorandum Opinion, the defendant's motion to dismiss, (Doc. 9), IS GRANTED. The clerk is directed to CLOSE this case.

<u>S/ Martin C. Carlson</u>
Martin C. Carlson
United States Magistrate Judge

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for the previously named defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).